1  **KRONENBERGER BURGOYNE, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Henry M. Burgoyne, III (Bar No. 203748)
   150 Post Street, Suite 520
3  San Francisco, CA 94108
   Telephone:  (415) 955-1155
4  Facsimile:   (415) 955-1158

5  Attorneys for Plaintiffs CRS Recovery and Dale Mayberry

6

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11

12 **CRS Recovery, Inc.**, a Virginia Corporation, and **DALE MAYBERRY**,

13           Plaintiffs,

14     vs.

15 **JOHN LAXTON**, aka
   johnlaxton@gmail.com, **NORTH BAY**
16 **REAL ESTATE, INC.**, **TIGER-CDM**,
   **BARNALI KALITA**, aka
17 barnali.kalita@gmail.com, **LI QIANG**, aka
   JONATHAN LEE aka
18 nameowner@yahoo.com, **RL.COM**,
   **MAT.NET**, **BULK REGISTER**, **WILD**
19 **WEST DOMAINS**, dba
   **DOMAINCITY.COM**, AND **DOES 1 – 20**,
20
           Defendants.
21

Case No. 4:06-cv-07093-CW
ORDER GRANTING
**SUBSTITUTION OF ATTORNEY;**
**ORDER APPROVING SUBSTITUTION**

22

23

24

25

26

27

28                                                                 **SUBSTITUTION OF ATTORNEY**

1

Plaintiff CRS Recovery, Inc. hereby appoints Online Media Law, PLLC and Charles Carreon its attorneys, in the place and stead of Kronenberger Burgoyne, LLP, and submits the same for approval of the Court.

Substitution Accepted,

DATED:  December 7, 2006.

                KRONENBERGER BURGOYNE, LLP

By:   s/Karl S. Kronenberger/s
      Karl S. Kronenberger, Current
      Attorneys for Plaintiff CRS
      Recovery

DATED:  December 7, 2006.    CRS RECOVERY, INC.

By:   s/Stevan Lieberman/s
      Stevan Lieberman,
      for Plaintiff CRS Recovery, Inc.

Substitution Accepted,

DATED:  December 7, 2006.    ONLINE MEDIA LAW, PLLC

By:   s/Charles Carreon/s
      Charles Carreon
      Attorneys for Plaintiff
      CRS Recovery

**ORDER**

Pursuant to the foregoing Substitution, IT IS SO ORDERED.

DATED: December 13, 2006.

*/s/ Claudia Wilken*
_____
United States District Court Judge