IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>JOHN LAXTON, et al.,<br><br>      Defendants.<br>_____/ | No. C 06-07093 CW<br><br>ORDER TAKING MOTIONS<br>UNDER SUBMISSION |

   Notice is hereby given that the Court, on its own motion, shall take Defendants John Laxton and Northbay Real Estate, Inc.'s Motion to Dismiss Complaint and Plaintiffs' Motion to Enter Default on Fifth Claim for Relief (15 USC 1125(d)) under submission on the papers.  The hearing previously scheduled for March 30, 2006, is vacated.  Opposition to the motions will be due March 19, 2007, and any reply will be due March 26, 2007.  Plaintiff CRS Recovery, Inc. and Dale Mayberry's Ex Parte Motion for Extension of Time to File Opposition to Motion to Dismiss and Second Ex Parte Motion for Extension of Time to File Opposition to Motion to Dismiss are denied as moot.

Dated: 3/26/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE