CHARLES CARREON (127139)
**Online Media Law, PLLC**
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
   Attorney for Plaintiffs CRS Recovery,
   Inc. and Dale Mayberry

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRS Recovery, Inc., a Virginia Corporation, and DALE MAYBERRY<br><br>    Plaintiffs,<br><br>  vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail. Com NORTHBAY REAL ESTATE, INC., TIGER-CDM, BARNALI KALITA, aka barnali.kalita @gmail.com, LI QIANG, aka JONATHAN LEE aka nameowner@ yahoo.com, RL.COM, MAT.NET, BULK REGISTER, WILD WEST DOMAINS, dba DOMAINCITY.COM and DOES 1 - 20<br><br>    Defendants. | Case No. CV 06-07093 CW<br><br>STIPULATION REQUESTING ORDER SETTING NEW CASE MANAGEMENT DEADLINES; ORDER THEREON |

<u>AND RELATED CROSS-CLAIMS</u>

IT IS HEREBY STIPULATED, by and between plaintiffs CRS Recovery, Inc. and Dale Mayberry, and defendants Northbay Real Estate, Inc. and John Laxton, through their undersigned counsel of record, that the parties shall request the Court to reset the existing case management deadlines set by the Court in its order of June 13, 2007, as follows:

6/15/2008: Parties to complete Court-ordered mediation

7/31/2008: Case Management Conference

7/31/2008: Dispositive motions to be heard

8/15/2008: Expert disclosure

9/15/2008: Completion of fact & expert discovery

10/7/2008: Final Pre-trial conference

10/20/2008: Commence five-day trial

Dated: January 23, 2008         ONLINE MEDIA LAW, PLLC

By: s/Charles Carreon/s
CHARLES CARREON (127139)
Attorney for Plaintiffs CRS Recovery, Inc.
and Dale Mayberry

Dated: January 23, 2008         Hornstein Law Offices

By: s/Val Hornstein/s
VAL HORNSTEIN
Attorney for Defendants Northbay
Real Estate, Inc. and John Laxton

ORDER

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the scheduling of deadlines in the action shall be so amended.

DATE: January 28, 2008

_____
UNITED STATES DISTRICT COURT JUDGE