IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., a Virginia Corporation, and DALE MAYBERRY,<br><br>         Plaintiffs,<br><br>     v.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com, et al.,<br><br>         Defendants.<br>_____/ | No. C 06-7093 CW<br><br>ORDER SETTING BRIEFING SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE |

   Plaintiffs have withdrawn their motion for leave to file a third amended complaint and have requested that their previously filed motion for summary adjudication, which the Court denied without prejudice, be heard on July 31, 2008, the date for which the hearing was originally noticed.  This request, which was not properly docketed as a motion, is DENIED.

   Plaintiffs shall file any dispositive motion by July 17, 2008. The operative pleading is the second amended complaint.  Defendants shall file their opposition and any cross-motion, both contained in a single brief, by July 31, 2008.  Plaintiffs' opposition to Defendants' cross-motion shall be included with their reply in support of their dispositive motion, and shall be filed by August 14, 2008.  Defendants' reply in support of their cross-motion must

be filed by August 21, 2008.  The matter will be heard on September 4, 2008 at 2:00 p.m.  All parties shall comply with the page limits set forth in the undersigned judge's standing order unless advance permission is obtained.

    The case management conference currently scheduled for July 24, 2008 is VACATED.

    IT IS SO ORDERED.

Dated: 7/9/08

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2