CHARLES CARREON (127139)
Online Media Law, PLLC
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:  520-841-0835
Attorney for plaintiffs
CRS Recovery, Inc. and Dale Mayberry

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS Recovery, Inc.,  a Virginia Corporation, and DALE MAYBERRY<br><br>          Plaintiffs,<br><br>     vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail. Com NORTHBAY REAL ESTATE, INC., TIGER-CDM, BARNALI KALITA, aka barnali.kalita @gmail.com, LI QIANG,<br>aka JONATHAN LEE aka nameowner@ yahoo.com, RL.COM, MAT.NET, BULK REGISTER, WILD WEST DOMAINS, dba DOMAINCITY.COM and DOES 1 - 20<br><br>          Defendants. | Case No. CV 06-07093 CW<br><br>DECLARATION OF CHARLES CARREON SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS<br><br>Date: July 23, 2008<br>Time: 10:30 a.m.<br><br>Trial Date:  October 20, 2008<br>CMC Date: July 31, 2008<br>Hon. Edward M. Chen |

AND RELATED CROSS-CLAIMS

## DECLARATION OF CHARLES CARREON

Charles Carreon declares and states as follows:

1.  I am an attorney licensed to practice law in the State of California, and the attorney for the plaintiffs herein.  I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Requests for Admissions I served on defendant John Laxton on May 29, 2008.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the responses to Requests for Admissions I received from defendant John Laxton, served July 1, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of the First Set of Interrogatories I served on John Laxton on May 29, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the responses to the First Set of Interrogatories I received from John Laxton, served July 1, 2008.

6. Attached hereto as Exhibit 5 is a summary of the Requests for Admissions, the responses thereto, and the Interrogatories, and the responses thereto, in a single document, arranged for ease of review and comparison.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of John Laxton submitted in support of his motion for summary judgment, currently off-calendar pursuant to Judge Wilken's Order of this day's date.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Tucson, Arizona on July 9, 2008

s/Charles Carreon/s
Charles Carreon, Declarant