UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., *et al.*, | No. C-06-7093 CW (EMC) |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME** |
| JOHN LAXTON, *et al.*, | |
| Defendants. | **(Docket No. 109)** |
| _____/ | |

   Defendant John Laxton has filed a motion for a protective order which he seeks to have heard on shortened time. Mr. Laxton asks that the motion be heard on July 23, 2008, because (1) the deposition from which he seeks relief is scheduled for July 24, 2008, and (2) there is a sanctions motion which the Court is already hearing on July 23 and there is overlap between the sanctions motion and the motion for a protective order.

   Plaintiffs have orally informed the Court that they do not oppose a hearing date on July 23 for Mr. Laxton's motion. Taking into account the deposition date, the overlap between between the sanctions motion and motion for a protective order, and Plaintiffs' lack of opposition, the Court hereby **GRANTS** Mr. Laxton's request for shortened time.

///
///
///
///

The motion for a protective order shall be heard on **July 23, 2008, at 10:30 a.m.** Any opposition shall be filed by July 21, 2008. There shall be no reply.

This order disposes of Docket No. 109.

IT IS SO ORDERED.

Dated: July 18, 2008

EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California