VAL D. HORNSTEIN (SBN 133726)
   E-mail: Val@HornsteinLaw.com
MICHAEL D. MORRIS (SBN 103521)
   E-mail: Morris@HornsteinLaw.com
*HORNSTEIN LAW OFFICES, Prof. Corp.*
20 California Street, 7th Floor
San Francisco, CA 94111
Tele:      (415) 454-1490
Facsimile:  (415) 616-7000

Attorneys for Defendants John Laxton
  and Northbay Real Estate, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, Inc., a Virginia Corp. and DALE MAYBERRY<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com, NORTH BAY REAL ESTATE, INC., *et. al.*<br><br>Defendants. | Case No.: CV 06-07093 CW<br><br>**SUPPLEMENTAL DECLARATION OF VAL D. HORNSTEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS**<br><br>Date:     Sept. 4, 2008<br>Time:    2:00 PM<br>Courtroom:  2 |

1.    I am counsel of record in this action for defendants Northbay Real Estate Inc. and John Laxton ("Defendants"). I have personal knowledge of the matters set forth in this declaration and could and would competently testify thereto.

2.    Attached as <u>Exhibit A</u> hereto are true and correct copies of excerpts from the December 11, 2007 deposition of plaintiff Dale Mayberry.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Pinecrest, CA on August 21, 2008.

                                                                                       s/Val D. Hornstein/s
                                                                                       VAL D. HORNSTEIN