UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS Recovery, Inc., a Virginia Corporation, and DALE MAYBERRY<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN LAXTON, NORTHBAY REAL ESTATE, INC., et al.,<br><br>    Defendants. | Case No. CV 06-07093 CW EMC<br><br>ORDER GRANTING TURNOVER ORDER AND PERMANENT INJUNCTION |

AND RELATED CROSS-CLAIMS

## ORDER

This matter having been fully adjudicated, with the grounds therefor set forth in the Court's Order Granting Plaintiffs' Motion for Summary Adjudication and Denying Defendants' Cross-Motion for Summary Adjudication, it is hereby ORDERED that:

1. Defendants John Laxton and Northbay Real Estate, Inc. shall forwith deliver possession and control of the RL.Com domain to CRS Recovery, Inc. by initiating a transfer of the registration for RL.Com to Richard Lau as Administrative Contact for CRS Recovery, Inc., with the email address of richard@lau.com, and such other contact information as plaintiffs' counsel of record herein may designate;

2. Defendants John Laxton and Northbay Real Estate, Inc. are permanently enjoined and prohibited from interfering with the rights of CRS Recovery, Inc. to possession, control, and use of RL.Com;

3. In the event an appeal is taken from the Judgment herein, this Order shall remain in effect pending decision of the appeal, without any bond being required of plaintiffs, except upon the prior application of defendants, supported by a showing of good cause.

Dated: October 6, 2008

CLAUDIA WILKEN
United States District Judge