VAL D. HORNSTEIN (SBN 133726)
    E-mail: Val@HornsteinLaw.com
MICHAEL D. MORRIS (SBN 103521)
    E-mail: Morris@HornsteinLaw.com
*HORNSTEIN LAW OFFICES, Prof. Corp.*
235 Pine Street, 13th Floor
San Francisco, CA 94104
Tele:         415-454-1490
Facsimile:  415-788-6929

Attorneys for Defendants John Laxton
  and Northbay Real Estate, Inc.


KENNETH E. KELLER (SBN 71450)
MICHAEL D. LISI (SBN 196974)
    E-mail: MLISI@KKSRR.com
*Krieg, Keller, Sloan, Reilley  Roman LLP*
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tele:         415-249-8330
Facsimile:  415-249-8333

Attorneys for Plaintiffs CRS Recovery Inc.
  and Dale Mayberry

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRS RECOVERY, Inc., a Virginia Corp.; DALE MAYBERRY | Case No.: CV 06-07093 CW |
| Plaintiffs, | **STIPULATION TO VACATE AND RESET CASE MANAGEMENT CONFERENCE FOLLOWING REMAND;** ~~PROPOSED~~ **ORDER THEREON** |
| vs. | |
| JOHN LAXTON, aka johnlaxton@gmail.com NORTH BAY REAL ESTATE, INC., *et. al.* | Proposed Hearing Date:  July 13, 2010 Proposed Hearing Time: 2:00 PM Hon. Claudia Wilken |
| Defendants. | |

IT IS HEREBY STIPULTED, by and among plaintiffs CRS RECOVERY, INC. and DALE

MAYBERRY on the one hand, and defendants John Laxton and Northbay Real Estate, Inc. on the

other, by and through their respective counsel of record and subject to the Courts' approval, that

the currently set June 1, 2010 Case Management Conference date be vacated and reset for July 13,

1    2010 at 2:00 PM.

2         This will have no material effect on the case schedule or case management.

3         Respectfully submitted,

4    DATED:   May 19, 2010                    HORNSTEIN LAW OFFICES, Prof. Corp.

5                                       By: _____s/Val D. Hornstein/s_____
6                                                VAL D. HORNSTEIN
                                          Attorneys for Defendants John Laxton
7                                            and Northbay Real Estate, Inc.

8    DATED:   May 19, 2010                    KRIEG, KELLER, SLOAN, REILLEY  ROMAN LLP
9

10                                      By: _____s/Michael Lisi/s_____
11                                               MICHAEL LISI
                                          Attorneys for Plaintiffs CRS Recovery, Inc.
12                                           and Dale Mayberry

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the foregoing stipulation of the parties, it is ordered that the currently set June 1, 2010 Case Management Conference be vacated and reset for July 13, 2010 at 2:00 PM.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: _ May 26, 2010 _____

_____

HON. CLAUDIA WILKEN,
United States District Court Judge

HORNSTEIN LAW OFFICES, Prof. Corp.