IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., a Virginia Corporation, and DALE MAYBERRY,<br><br>      Plaintiffs,<br><br>  v.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com, et al.,<br><br>      Defendants.<br>_____/ | No. C 06-7093 CW<br><br>ORDER CONCERNING DISCHARGE OF COUNSEL FOR DEFENDANTS JOHN LAXTON AND NORTHBAY REAL ESTATE, INC. |

    A case management conference was held in the above-entitled action.  Val Hornstein and Michael D. Morris of the Hornstein Law Offices, counsel for Defendants John Laxton and Northbay Real Estate, Inc., did not appear.  Messrs. Hornstein and Morris have filed a notice stating that Laxton and Northbay have discharged them as counsel.

    Because Messrs. Hornstein and Morris are currently counsel of record in this action, they must file a motion or stipulation and proposed order for leave to withdraw as counsel; their notice is not sufficient.  See Civ. L.R. 11-5(a).  If leave to withdraw is granted, Laxton and Northbay will be without representation.  Although Laxton may represent himself, he cannot appear on behalf of Northbay because he is not an attorney.  See United States v.

<u>High Country Broad. Co., Inc.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993) (citing <u>Rowland v. Cal. Men's Colony</u>, 506 U.S. 194 (1993) and 28 U.S.C. § 1654).

If counsel for Northbay is allowed to withdraw and Northbay defaults on any of its obligations, Plaintiffs CRS Recovery, Inc., and Dale Mayberry may seek appropriate relief.

IT IS SO ORDERED.

Dated: July 14, 2010

CLAUDIA WILKEN
United States District Judge

2