VAL D. HORNSTEIN (SBN 133726)
 E-mail: Val@HornsteinLaw.com
MICHAEL D. MORRIS (SBN 103521)
 E-mail: Morris@HornsteinLaw.com
*HORNSTEIN LAW OFFICES, Prof. Corp.*
235 Pine Street, 13th Floor
San Francisco, CA 94104
Tele:  415-454-1490
Facsimile:  415-788-6929

KENNETH E. KELLER (SBN 71450)
 E-mail: KKeller@KKSRR.com
MICHAEL D. LISI (SBN 196974)
 E-mail: MLisi@KKSRR.com
*Krieg, Keller, Sloan, Reilley Roman LLP*
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tele:  415-249-8330
Facsimile:  415-249-8333

Attorneys for Plaintiffs CRS Recovery Inc.
 and Dale Mayberry

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, Inc., a Virginia Corp.; DALE MAYBERRY<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com NORTH BAY REAL ESTATE, INC., *et. al.*<br><br>Defendants. | Case No.: CV 06-07093 CW<br><br>STIPULATION RE WITHDRAWAL OF COUNSEL FOR DEFENDANTS JOHN LAXTON AND NORTHBAY REAL ESTATE INC. UPON RELIEF BY CLIENT; ORDER THEREON<br><br>Hon. Claudia Wilken |

WHEREAS, on July 6, 2010, defendants JOHN LAXTON and NORTHBAY REAL ESTATE INC. notified the Court and counsel of record that they relieved their counsel HORNSTEIN LAW OFFICES, PROF. CORP., VAL D. HORNSTEIN and MICHAEL D. MORRIS ("Former Counsel") from further representation for any proceedings of any nature in this matter. See Item 1.C of the parties' July 6, 2010 Joint Supplemental Case Management Conference Statement, and Exhibit A

thereto (Declaration of John Laxton), Dkt. 209.  Mr. Laxton's Declaration (Dkt. 209-1) is attached as Exhibit A hereto.

WHEREAS, on July 13, 2010, Defendants, through Mr. Laxton re-stated their decision at the Supplemental Case Management Conference.

WHEREAS, on July 14, 2010, Former Counsel filed and served a Notice of Relief of Counsel by Client with the Court.  Dkt. 210.

WHEREAS, on July 14, 2010, the Court requested a "…stipulation and proposed order for leave to withdraw as counsel." Dkt. 211.

ACCORDINGLY, IT IS HEREBY STIPULATED, by and among plaintiffs CRS RECOVERY, INC. and DALE MAYBERRY, by and through their counsel of record on the one hand, and Former Counsel and subject to the Courts' approval, that HORNSTEIN LAW OFFICES, PROF. CORP., VAL D. HORNSTEIN and MICHAEL D. MORRIS may withdraw and are hereby relieved as counsel of record for Defendants JOHN LAXTON and NORTHBAY REAL ESTATE INC.

This will have no material effect on the case schedule or case management.

Respectfully submitted,

DATED: July 16, 2010                                HORNSTEIN LAW OFFICES, Prof. Corp.

By: _____s/Val D. Hornstein/s_____
VAL D. HORNSTEIN
Former Attorneys for Defendants John Laxton
and Northbay Real Estate, Inc.

DATED: July 16, 2010                                KRIEG, KELLER, SLOAN, REILLEY ROMAN LLP

By: _____s/Michael Lisi/s_____
MICHAEL LISI
Attorneys for Plaintiffs CRS Recovery, Inc.
and Dale Mayberry

//

//

I hereby attest that I have been authorized by counsel for Plaintiffs CRS Recovery Inc. and Dale Mayberry to execute this Stipulation.

Executed on this 16th day of July, 2010, at San Francisco, California.

HORNSTEIN LAW OFFICES, Prof. Corp.

By: _____s/Val D. Hornstein/s_____
　　　　　　VAL D. HORNSTEIN

## ORDER

Pursuant to the foregoing stipulation of the parties, it is ordered that HORNSTEIN LAW OFFICES, PROF. CORP., VAL D. HORNSTEIN and MICHAEL D. MORRIS may withdraw and are hereby relieved as counsel of record for Defendants JOHN LAXTON and NORTHBAY REAL ESTATE INC., effective as of July 6, 2010

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: __7/21/2010_____

_____
HON. CLAUDIA WILKEN,
United States District Court Judge

Case4:06-cv-07093-CW   Document209-1   Filed07/06/10   Page2 of 3

VAL D. HORNSTEIN (SBN 133726)
    E-mail: Val@HornsteinLaw.com
MICHAEL D. MORRIS (SBN 103521)
    E-mail: Morris@HornsteinLaw.com
HORNSTEIN LAW OFFICES, Prof. Corp.
235 Pine Street, 13th Floor
San Francisco, CA 94104
Tele:           (415) 454-1490
Facsimile:   (415) 788-6929

Attorneys for Defendants John Laxton
   and Northbay Real Estate, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRS RECOVERY, Inc., a Virginia Corp. and DALE MAYBERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com, NORTH BAY REAL ESTATE, INC., et. al.,<br><br>Defendants. | Case No.: CV 06-07093 CW<br><br>DECLARATION OF JOHN LAXTON RE SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:          July 13, 2010<br>Time:          2:00 PM<br>Courtroom: 2 |
|---|---|

1.  I am defendant and president of defendant Northbay Real Estate Inc. ("NRE"). I have personal knowledge of the matters set forth in this declaration and could and would competently testify thereto.

2.  I have reached a decision to not proceed with my current counsel, HORNSTEIN LAW OFFICES, PROF. CORP. and VAL HORNSTEIN and MICHAEL D. MORRIS. Current counsel is agreeable to this. I authorize current counsel's withdrawal from further representation at this time.

3.  I have not yet located replacement counsel. As such, I request a reasonable length of time to retain replacement counsel and I ask that further proceedings in this matter be stayed,

-1-



pending my notification of my retention of replacement counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Windsor, CA on July __, 2010.

_____
JOHN LAXTON