KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

CHARLES CARREON (SBN 127139) chascarreon@gmail.com
ONLINE MEDIA LAW, PLLC
6161 East Pima Street, #1139
Tucson, Arizona 85712
Telephone:  541-840-2798

Attorney for Plaintiffs CRS Recovery,
Inc. and Dale Mayberry

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS Recovery, Inc., a Virginia Corporation, and DALE MAYBERRY<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail. Com NORTHBAY REAL ESTATE, INC., TIGER-CDM, BARNALI KALITA, aka barnali.kalita@gmail.com, LI QIANG, aka JONATHAN LEE aka namowner@yahoo.com, RL.COM, MAT.NET, BULK REGISTER, WILD WEST DOMAINS, dba DOMAINCITY.COM and DOES 1 - 20<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. CV 06-07093 CW<br><br>**[PROPOSED ORDER] ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge:         Hon. Bernard Zimmerman<br>Courtroom:   G, 15th Floor<br>Settlement Conference:   August 13, 2010 |

1

1  Plaintiffs CRS Recovery Systems Inc. and Dale Mayberry's (collectively "Plaintiffs")
2  administrative motion to continue the currently scheduled August 13, 2010 Settlement
3  Conference in this matter until September 10, 2010, was filed with the Court.  Having read and
4  considered the administrative motion and papers in support thereof, and any timely opposition
5  filed by Defendants, and GOOD CAUSE appearing, IT IS HEREBY ORDERED:

6  The Settlement Conference in this matter is hereby continued until ~~Friday, September 10, 2010, at 9:00 a.m.~~ Tuesday, November 16, 2010 at 9:00 a.m.   Counsel shall serve a copy of this Order on defendants.

**IT IS SO ORDERED**

Dated:  August 10 , 2010

_____
THE HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

2
_____
PROPOSED ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONTINUE SETTLEMENT CONFERENCE
(CV-06-07093) CW