IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., a Virginia Corporation, and DALE MAYBERRY,<br><br>            Plaintiffs,<br><br>     v.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com, et al.,<br><br>            Defendants.<br>_____ / | No. C 06-7093 CW<br><br>ORDER DENYING DEFENDANT JOHN LAXTON'S REQUEST TO CONTINUE TRIAL DATE AND REQUIRING HIS PARTICIPATION IN PROCEEDINGS |

     In a letter dated September 15, 2010, Defendant John Laxton asked the Court to continue the trial date to sometime in April or May, 2011.  Trial is currently set to begin on December 13, 2010. Plaintiffs CRS Recovery, Inc., and John Mayberry oppose Laxton's request.  Plaintiffs also represent that Laxton refused to be deposed prior to September 1, 2010, the fact discovery deadline, and did not fully cooperate in the scheduling of a settlement conference with Magistrate Judge Zimmerman.

     The Court does not find good cause to continue the trial date. Laxton has had since early July to obtain new counsel, and there remains an ample amount of time for an attorney to become familiar with his case.  Accordingly, Laxton's request is DENIED.

     Laxton shall confer with Plaintiffs' counsel and schedule his deposition for a date no later than October 15, 2010.  He shall also participate in the November 16, 2010 settlement conference scheduled by Judge Zimmerman.  His failure to abide by these

instructions or any other order of the Court may result in default being entered against him.

IT IS SO ORDERED.

Dated: September 20, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN LAXTON, et al.,<br><br>    Defendants.    / | Case Number: CV06-07093 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

John Laxton
P.O. Box 11777
Santa Rosa, CA 95406

Dated: September 20, 2010

                                            Richard W. Wieking, Clerk
                                            By: MP, Deputy Clerk