IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., a Virginia Corporation, and DALE MAYBERRY,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-7093 CW<br><br>ORDER STAYING PROCEEDINGS AGAINST DEFENDANT JOHN LAXTON, DIRECTING PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT NORTH BAY REAL ESTATE AND GRANTING IN PART PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE<br>(Docket No. 226) |

    In a letter dated November 8, 2010, Plaintiffs CRS Recovery, Inc., and Dale Mayberry informed Magistrate Judge Zimmerman that Defendant John Laxton had entered bankruptcy proceedings.  Laxton apparently filed a bankruptcy petition in the United States Bankruptcy Court for the Northern District of California on October 13, 2010.  See generally In re Laxton, No. 10-13957 (Bankr. N.D. Cal.).  Accordingly, all proceedings in this action as to Laxton are stayed.  See 11 U.S.C. § 362(a).

    The Clerk has entered default against Defendant North Bay Real Estate, Inc., which is currently not represented by counsel.

Plaintiffs shall file a motion for default judgment within thirty days from the date of this order, and upon their filing of a motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civil L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    Plaintiffs' administrative motion to continue the trial date is GRANTED in part. (Docket No. 226.) The final pretrial conference and trial are VACATED. Dates for these proceedings will be reset at a later time, if necessary.

    A further case management conference will be held on Tuesday, February 15, 2011 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 11/15/2010

CLAUDIA WILKEN
United States District Judge