IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRS RECOVERY INC.,   No. C 06-07093 CW

      Plaintiff,   ORDER ADMINISTRATIVELY CLOSING CASE

  v.

JOHN LAXTON, et al.,

      Defendants.
_____/

    Plaintiff's having filed a Notice of Bankruptcy with the Court on January 3, 2011, stating that Northbay Real Estate, Inc. has filed a petition pursuant to Chapter 7 of the Bankruptcy Code on November 15, 2010, and an automatic stay being in effect,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

    IT IS HEREBY FURTHER ORDERED that the Order referring the case to Magistrate Judge Spero for a Report and Recommendation as to the

1 | Motion for Default Judgment (Docket No. 229) is hereby withdrawn.

3 | Dated: 1/6/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge