KENNETH E. KELLER (SBN 71450)
kkeller@kksrr.com
MICHAEL D. LISI ( SBN 196974)
mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorney for Plaintiffs CRS Recovery,
Inc. and Dale Mayberry

GEORGE DONALDSON (SBN 79971)
info@logdlaw.com
LAW OFFICES OF GEORGE DONALDSON
2298 Durant Avenue
Berkeley, CA 94704
Telephone:  510-548-7474
Facsimile:   510-548-7488

Special Counsel to Linda Green, Trustee of the
Estate of Northbay Real Estate, Inc.

CHARLES CARREON (SBN 127139)
chascarreon@gmail.com
ONLINE MEDIA LAW, PLLC
6161 East Pima Street, #1139
Tucson, Arizona 85712
Telephone:  541-840-2798

JOHN LAXTON
P.O. Box 11777
Santa Rosa, CA 95406
Telephone: 707-545-4444

Appearing Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRS Recovery, Inc.,  a Virginia Corporation, and DALE MAYBERRY<br><br>           Plaintiffs,<br><br>     vs.<br><br>JOHN LAXTON, aka johnlaxton@gmail.Com NORTHBAY REAL ESTATE, INC., TIGER-CDM, BARNALI KALITA, aka barnali.kalita@gmail.com, LI QIANG,<br>aka JONATHAN LEE aka namowner@yahoo.com, RL.COM, MAT.NET, BULK REGISTER, WILD WEST DOMAINS, dba DOMAINCITY.COM and DOES 1 - 20<br><br>           Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. CV 06-07093 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>MSC Date:   December 20, 2011<br>MSC Time:  9:00 AM<br>Court:         Courtroom C, 15th Floor<br>Judge:        Hon. Bernard Zimmerman |

Pursuant to Civil L.R. 6-2, Plaintiffs CRS Recovery Inc. and Dale Mayberry (collectively, "Plaintiffs") and Responding Defendants John Laxton and North Bay Real Estate, Inc. (collectively, "Defendants") hereby stipulate as follows:

WHEREAS on December 6, 2011, during the most recent Case Management Conference, Judge Wilken referred the parties herein to a settlement conference with this Court;

WHEREAS on December 7, 2011, this Court entered an order scheduling that settlement conference for December 20, 2011 at 9:00A.M., and requiring attendance by lead trial counsel and the parties;

WHEREAS lead counsel for Plaintiffs is unavailable on December 20th; and

WHEREAS the parties have met and conferred to discuss their respective availability and to select a mutually agreeable date for the settlement conference, and have determined that all parties are available for a settlement conference on January 19, 2012 or January 20, 2012;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the parties, subject to the approval of the Court, as follows:

That the settlement conference be continued to either Thursday, January 19, 2012 or Friday, January 20, 2012, subject to the Court's availability and preference, with settlement conference statements to be submitted and exchanged one week prior, as provided in the Court's scheduling order.

Dated:  December 14, 2011                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
    Kenneth E. Keller
    Michael D. Lisi
    Attorneys for Plaintiffs CRS RECOVERY, INC.
    AND DALE MAYBERRY

---
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
CV-06-07093 CW

2

Dated: December 14, 2011                LAW OFFICES OF GEORGE DONALDSON

By: _____/s/_____
George Donaldson
Special Counsel to Linda Green, Trustee of the
Estate of NORTHBAY REAL ESTATE INC.

Dated: December 14, 2011

By: _____/s/_____
John Laxton, Pro Se

I hereby attest that I have been authorized by Counsel for Defendant/Cross-claimant Northbay Real Estate Inc. and by Defendant/Cross-claimant John Laxton to execute Joint Supplemental Case Management Statement.

Executed on this 14th day of December, 2011, at San Francisco, California.

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
Kenneth E. Keller
Michael D. Lisi
Attorneys for Plaintiffs CRS RECOVERY, INC.
AND DALE MAYBERRY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.
The Settlement Conference is continued to **Friday, January 20, 2012 at 9:00 a.m**. The Court's previous Order otherwise remains in full force and effect.

DATED:  December 14, 2011            _____
JUDGE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE