IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC., a Virginia corporation; and DALE MAYBERRY,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN LAXTON, aka johnlaxton@gmail.com; and NORTHBAY REAL ESTATE, INC.,<br><br>    Defendants.<br>_____/ | No. C 06-7093 CW<br><br>ORDER DENYING DEFENDANT NORTHBAY REAL ESTATE, INC.'S MOTION TO DISMISS |

    The Court takes Defendant Northbay Real Estate, Inc.'s motion to dismiss under submission on the papers and hereby DENIES it. A written order will follow.

    IT IS SO ORDERED.

Dated: 4/23/2012

CLAUDIA WILKEN
United States District Judge