IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRS RECOVERY, INC.; and DALE MAYBERRY,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN LAXTON; and NORTHBAY REAL ESTATE, INC.,<br><br>    Defendants.<br>_____/ | No. C 06-7093 CW<br><br>ORDER GRANTING PERMANENT INJUNCTION |

   This matter having been fully adjudicated by the jury, the Court hereby ORDERS that:

   1. Plaintiffs CRS Recovery, Inc. and Dale Mayberry are the lawful owners of RL.com;

   2. Defendants John Laxton and Northbay Real Estate, Inc. are permanently enjoined and prohibited from interfering with the rights of Plaintiffs to possession, control, and use of RL.Com;

   3. In the event an appeal is taken from the Judgment herein, this Order shall remain in effect pending decision of the appeal, without any bond being required of Plaintiffs, except upon the prior application of Defendants, supported by a showing of good cause. However, in such event, Plaintiffs shall not be permitted to alienate RL.com until mandate of the Ninth Circuit issues and the time to petition for a writ of certiorari has passed. If a petition for a writ of certiorari is filed, Plaintiffs shall not

be permitted to alienate RL.com until the petition is denied or, if the petition is granted, until the matter is decided.

IT IS SO ORDERED.

Dated: 5/14/2012

CLAUDIA WILKEN
United States District Judge