IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRS RECOVERY, INC.; and DALE MAYBERRY,

        Plaintiffs,

  v.

JOHN LAXTON; and NORTHBAY REAL ESTATE, INC.,

        Defendants.
_____/

No. C 06-7093 CW

VERDICT FORM

**FILED**

MAY 10 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1. Have Plaintiffs CRS Recovery, Inc. and Dale Mayberry proved that Defendants John Laxton and Northbay Real Estate, Inc. converted RL.com?

    Yes **X**      No _____

    If you answered No to Question 1, your presiding juror shall sign and date the form and return it.

    If you answered Yes to Question 1, go to Question 2.

2. Have Defendants proved that Plaintiffs abandoned RL.com before Defendants acquired it?

    Yes _____    No **X**

    Go to Question 3.

3. Have Defendants proved that Li Qiang obtained RL.com from Plaintiffs by fraud, rather than by theft?

    Yes _____    No **X**

    If you answered No to Question 3, your presiding juror shall sign and date the form and return it.

    If you answered Yes to Question 3, go to Question 4.

4. Have Defendants proved that they purchased RL.com for value and without actual or constructive notice that the RL.com domain name had been wrongfully obtained?

    Yes _____    No _____

    Please sign, date and return the form.

Dated: May 10, 2012

_____
Presiding Juror (signed: Justin P. Aaron)